UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **NOTICE OF MOTION** |
| -against- | | |
| | : | Docket No. 23-CR-610 (PKC) |
| WILSON DANIEL FREITA DA COSTA | | |

------------------------------------------------------------------ X

PLEASE TAKE NOTICE THAT, upon the memorandum of law, dated March 17, 2025, and the accompanying declaration of Leslie Nelson, sworn to March 16, 2025, Non-Party Leslie Nelson will move this Court before the Honorable P. Kevin Castel at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time convenient to the Court, for an Order:

1) granting Mr. Nelson's motion to intervene and to redact or anonymize references to his name from the government's memorandum of law in opposition to Defendant's post-trial motions, dated December 20, 2024 (ECF No. 82) and the Court's Opinion and Order, dated February 14, 2025 (ECF No. 91);

2) requiring the parties to redact or anonymize references to Mr. Nelson in future public filings in this case;

3) sealing this motion and all papers filed in support or in opposition to this motion; and

4) any other relief the Court deems necessary and appropriate.

Dated: New York, New York
       March 17, 2025

/s/ Eric M. Creizman
Eric M. Creizman (EC7684)
MORRISON COHEN LLP
909 Third Avenue, Fl 27
New York, New York 10022
Tel.: (212) 735-8640
Email: ecreizman@morrisoncohen.com